NATHANIEL McKAY, Appellant, v. JOHN G. BARNES, Respondent.

(Argued February 1, 1878 ; decided February 12, 1878.)

*Nathaniel C. Moak* for appellant.

*John Hubbell* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.